DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NIKLAS YURY PROKOPISHEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3735

[May 20, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah Handel Weiss, Judge; L.T. Case No. 502010CF000798AXXXMB.

Niklas Prokopishen, Bushnell, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. Lewis v. State*, 413 So. 3d 148 (Fla. 4th DCA 2025), *review granted*, SC2025-0745 (Fla. Oct. 20, 2025); *Earl v. State*, 314 So. 3d 1253 (Fla. 2021).

CIKLIN, LEVINE and LOTT, JJ., concur.

*        *        *

***Not final until disposition of timely-filed motion for rehearing.***